## WAVERLY KNIZE *v.* FRANCIS KNIZE
## (AC 29206)

DiPentima, Robinson and Foti, Js.

Argued March 16—officially released April 14, 2009

Per Curiam. In this dissolution of marriage action, the defendant, Francis Knize, appeals from the judgment awarding attorney's fees to the plaintiff, Waverly Knize. After a scrupulous review of the record and briefs in this matter and a careful consideration of the oral arguments, we conclude that the defendant's claims are without merit.

The judgment is affirmed.